GEORGE H. CLARK *vs.* JOSEPH H. COUSINS.

Androscoggin, 1873.—April 10, 1876.

*Promissory note—defense to. Insolvency—discharge in.*

The note in suit was given by the defendant to the plaintiff while they were both inhabitants of Nevada, and the discharge in insolvency was regularly granted under the laws of that state while they were yet citizens thereof. *Held,* a legal defense here.

ON EXCEPTIONS.

ASSUMPSIT, on a promissory note given by the defendant to the plaintiff in Nevada, May, 1866, for $260, and sued here August 5, 1871. The defendant admitted that the note was valid when made, but offered in evidence under his plea of the general issue with a brief statement, a certified copy of a decree of his discharge in insolvency by the district court of the first judicial district, county of Storey, and state of Nevada, September 12, 1866; he also offered to prove that the discharge included the note, and that both the parties resided in Nevada from the time the note was given to the time of the discharge. The presiding justice ruled that the evidence offered was not sufficient to justify a verdict for the defendant. To which ruling the defendant excepted.

The defendant thereupon submitted to a default with leave to have the default taken off and the case stand for trial if the ruling was wrong.

*T. B. Swan,* for the defendant.

*W. P. Frye, J. B. Cotton,* and *W. H. White,* for the plaintiff submitted without argument.

VIRGIN, J. The case finds that the note in suit was given by the defendant to the plaintiff while they were both inhabitants of the state of Nevada; that the discharge in insolvency was regularly granted under the laws of that state while the parties were yet citizens thereof; and that the discharge includes the note. This is a legal defense to the suit in this state, (*Stone v. Tibbetts,* 26

Maine, 110,) notwithstanding the subsequent change of residence
of the defendant. *Felch* v. *Bugbee,* 48 Maine, 9.

> *Exceptions sustained.*
> *Default to be stricken off.*
> *Case to stand for trial.*

APPLETON, C. J., WALTON, BARROWS, DANFORTH and PETERS,
JJ., concurred.